FILED
2012 Aug-28 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| VINCENT BURCH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:11-cv-01091-IPJ-JEO |
| K. BELL and N. WHITE, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 30, 2012, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  Plaintiff filed objections on August 14, 2012.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.  A Final Judgment will be entered.

**DONE**, this the 28th day of August 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE